HARRIS v. BAKER.

One man cannot charge another in debt, where a particular mode of payment is agreed upon, unless there has been a failure on the part of the defendant.

ERROR to reverse a judgment of the County Court in an action on book. Defendant plead a special agreement made at the time of hiring the plaintiff, to pay him in a particular

way, in a blacksmith's vice at one shilling per pound and in certain produce, etc. which he had been ever ready to deliever and pay. This plea was demurred to and judgment of the County Court — That the plea was sufficient.

This judgment was affirmed. For a man may not charge another in debt contrary to his agreement until the other has been guilty of a breach on his part.